1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8
9

EASTERN DISTRICT OF CALIFORNIA

10

11

CYNTHIA HOPSON,                                    Case No.  1:17-cv-00879-DAD-SAB

12        Plaintiff,                               ORDER REQUIRING PLAINTIFF TO
                                                   SHOW CAUSE WHY SANCTIONS
13        v.                                       SHOULD NOT ISSUE FOR FAILURE TO
                                                   COMPLY WITH COURT ORDER BY
14   RON SIMI, INC., et al.                        CLOSE OF BUSINESS

15        Defendants.                              (ECF No. 5)

16

17        On July 4, 2017, Plaintiff Cynthia Hopson filed this action alleging violations the

18   Americans with Disabilities Act of 1990 and state law.  On July 5, 2017, the order setting the

19   mandatory scheduling conference issued.

20        The order set the mandatory scheduling conference for September 26, 2017, with the

21   joint statement due one full week prior.  Further, the order required Plaintiff to diligently pursue

22   service of the summons and complaint and to promptly file proofs of service.  Plaintiff has not

23   filed proofs or service, filed a joint statement, or otherwise responded to the July 5, 2017 order.

24   On September 19, 2017, the courtroom deputy reached out to Plaintiff's counsel regarding the

25   failure to file the joint statement and has received no response.

26        Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

27   Rules or with any order of the Court may be grounds for imposition by the Court of any and all

28   sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

1

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE in writing by the close of business on the date of entry of this order why sanctions should not issue for the failure to comply with a court order. **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 20, 2017**

UNITED STATES MAGISTRATE JUDGE